

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00151-CV

| | | |
|---|---|---|
| LIFE INVESTORS MANAGEMENT COMPANY, LLC, Appellant and Appellee | § | On Appeal from the 342nd District Court |
| v. | | |
| SETTLEMENTS OF TEXAS, INC.; JOHN TED BONHAM; RICHARD D. DEAN; ILS ENTERPRISES, LLC; DAVID BLACKBURN; LAWLER MANAGEMENT LLC; AND LAWLER MANAGEMENT II LLC, Appellees and Appellants | § | of Tarrant County (342-307672-19) |
| AND | | |
| SETTLEMENTS OF TEXAS, INC.; JOHN TED BONHAM; AND RICHARD D. DEAN, Appellants | § | August 7, 2025 |
| v. | | |
| LIFE INVESTORS MANAGEMENT COMPANY, LLC, Appellee | § | Memorandum Opinion by Justice Birdwell |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the portion of the trial court's judgment that removed joint-and-several-liability from Terry Hollan for conversion, and we render judgment that Hollan is jointly and severally liable on Settlements of Texas, Inc., Richard D. Dean, and John Ted Bonham's conversion claims. We affirm the remainder of the trial court's judgment.

It is further ordered that Appellant Life Investors Management Company, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell